Robert T. Eglet; NV Bar No. 3402
Erica D. Entsminger; NV Bar No. 7432
EGLET ADAMS EGLET HAM HENRIOD
400 South Seventh Street, Suite 400
Las Vegas, NV 89101
Telephone: (702) 450-5400
Facsimile: (702) 450-5451
E-Mail: eservice@egletlaw.com

Anthony G. Simon (admitted pro hac vice)
Jeremiah W. Nixon (admitted pro hac vice)
THE SIMON LAW FIRM, P.C.
800Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
E-Mail: asimon@simonlawpc.com
E-Mail: jnixon@simonlawpc.com

*Attorneys for Plaintiffs and the Classes*

Mark E. Ferrario; NV Bar No. 1625
Tyler Andrews; NV Bar No. 9499
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
E-Mail: ferrariom@gtlaw.com
E-Mail: tyler.andrews@gtlaw.com

*Attorneys for Reading International, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL VALENTINI and DALLACE BUTLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>READING INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 2:24-cv-00255-RFB-MDC<br><br>**JOINT STIPULATION TO EXTEND TIME**<br><br>**[FIRST REQUEST]** |

    The parties, by and through their respective counsel, hereby agree to and request this Court to enter the following stipulation to extend time:

    1.    The parties stipulate to extend the deadline to file their joint proposed discovery plan and scheduling order to *on or before* May 23, 2024.

1

1  2. The parties stipulate to this extension because they wish to work collaboratively to
2 resolve disputes following their Rule 26(f) conference regarding the proposed discovery plan and
3 scheduling order, and counsel for the defendant is unavailable due to preexisting travel commitments.
4  3. This is the first stipulation for an extension of time to file the proposed discovery plan
5 and scheduling order.
6  IT IS SO STIPULATED.

7 */s/ Jeremiah W. Nixon*
Anthony G. Simon (admitted pro hac vice)
8 Jeremiah W. Nixon (admitted pro hac vice)
**THE SIMON LAW FIRM, P.C.**
9 800 Market Street, Suite 1700
St. Louis, Missouri 63101
10 Telephone: (314) 241-2929
Facsimile: (314) 241-2029
11 E-Mail: asimon@simonlawpc.com
E-Mail: jnixon@simonlawpc.com
12
Robert T. Eglet; NV Bar No. 3402
13 Erica D. Entsminger; NV Bar No. 7432
**EGLET ADAMS EGLET HAM HENRIOD**
14 400 South Seventh Street, Suite 400
Las Vegas, NV 89101
15 Telephone: (702) 450-5400
Facsimile: (702) 450-5451
16 E-Mail: eservice@egletlaw.com

17 *Attorneys for Plaintiffs and the Classes*

*/s/Mark E. Ferrario*
Mark E. Ferrario; NV Bar No. 1625
Tyler Andrews; NV Bar No. 9499
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
E-Mail: ferrariom@gtlaw.com
E-Mail: tyler.andrews@gtlaw.com

*Attorneys for Reading International, Inc.*

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III

Dated: 5-20-24