Robert T. Eglet; NV Bar No. 3402
Erica D. Entsminger; NV Bar No. 7432
EGLET ADAMS EGLET HAM HENRIOD
400 South Seventh Street, Suite 400
Las Vegas, NV 89101
Telephone: (702) 450-5400
Facsimile: (702) 450-5451
E-Mail: eservice@egletlaw.com

Anthony G. Simon (admitted pro hac vice)
Jeremiah W. Nixon (admitted pro hac vice)
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
E-Mail: asimon@simonlawpc.com
E-Mail: jnixon@simonlawpc.com

*Attorneys for Plaintiffs and the Classes*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL VALENTINI and DALLACE BUTLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>READING INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 2:24-cv-00255-RFB-MDC<br><br>PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME FOR PLAINTIFFS TO FILE THEIR MOTION FOR CLASS CERTIFICATION |

Plaintiffs Daniel Valentini and Dallace Butler, individually and on behalf of all others similarly situated ("Plaintiffs'), by and through their undersigned counsel, hereby move this Court to extend the time to file their motion for class certification.

This Motion is made and based upon the below Points and Authorities, the Declaration of Jeremiah W. Nixon and all pleadings and papers on filed herein. Pursuant to LR IA 6-1, this is plaintiffs' first request for an extension of time to extend the deadline to file their motion for class certification.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiffs respectfully request that this Court extend the time for plaintiffs to file their motion for class certification for sixty (60) days from the current deadline of August 19, 2024, to October 18, 2024.

On May 29, 2024, the Court issued an order setting August 19, 2024, as the deadline for plaintiffs to file their motion for class certification. (ECF No. 19). In that same order, the deadline for parties to complete class certification related discovery was July 19, 2024. Plaintiffs are actively attempting to resolve discovery disputes with defendant. Plaintiffs request this extension and good cause exists to allow time to resolve discovery disputes and adequately review discovery that has not yet been produced.

Counsel for the parties conferred regarding plaintiffs' request for an extension and defendant advised that it does not oppose this request. This request is not meant to delay but to allow time for parties to resolve discovery disputes.

Dated: August 5, 2024                    Respectfully submitted,

*/s/ Jeremiah W. Nixon*
Anthony G. Simon (admitted pro hac vice)
Jeremiah W. Nixon (admitted pro hac vice)
**THE SIMON LAW FIRM, P.C.**
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
E-Mail: asimon@simonlawpc.com
E-Mail: jnixon@simonlawpc.com

Robert T. Eglet; NV Bar No. 3402
Erica D. Entsminger; NV Bar No. 7432
**EGLET ADAMS EGLET HAM HENRIOD**
400 South Seventh Street, Suite 400
Las Vegas, NV 89101
Telephone: (702) 450-5400
Facsimile: (702) 450-5451
E-Mail: eservice@egletlaw.com

*Attorneys for Plaintiffs and the Classes*

Robert T. Eglet; NV Bar No. 3402
Erica D. Entsminger; NV Bar No. 7432
EGLET ADAMS EGLET HAM HENRIOD
400 South Seventh Street, Suite 400
Las Vegas, NV 89101
Telephone: (702) 450-5400
Facsimile: (702) 450-5451
E-Mail: eservice@egletlaw.com

Anthony G. Simon (admitted pro hac vice)
Jeremiah W. Nixon (admitted pro hac vice)
THE SIMON LAW FIRM, P.C.
800Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
E-Mail: asimon@simonlawpc.com
E-Mail: jnixon@simonlawpc.com

*Attorneys for Plaintiffs and the Classes*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL VALENTINI and DALLACE BUTLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>READING INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 2:24-cv-00255-RFB-MDC<br><br>DECLARATION OF JEREMIAH W. NIXON IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME FOR PLAINTIFFS TO FILE THEIR MOTION FOR CLASS CERTIFICATION |

I, Jeremiah W. Nixon, declare as follows:

1. I am an attorney at The Simon Law Firm, P.C. and an attorney of record for plaintiffs Daniel Valentini and Dallace Butler, individually and on behalf of all others similarly situated ("Plaintiffs") in the above-captioned matter. I am licensed to practice law in the state of Missouri and Illinois and am admitted to practice pro hac vice before this Court. I submit this declaration in support of Plaintiffs Unopposed Motion to Extend Time to File their Motion for Class Certification ("Motion") in compliance with this Court's local rules. I make this declaration based on my personal knowledge.

1

1      2. On May 29, 2024, the Court issued an order (ECF No. 19) setting the class
2  certification related deadlines including the July 19, 2024 deadline to complete class related
3  discovery and the August 19, 2024 deadline for plaintiffs to file their motion for class certification.
4      3. The deposition of Reading International, Inc.'s 30(b)(6) witness John Goeddel was
5  held on July 18, 2024 and defendant's responses to plaintiffs' discovery requests were served on July
6  19, 2024.
7      4. On July 29, 2024, the parties met and conferred to discuss deficiencies in defendant's
8  discovery responses. Defendant advised on August 1, 2024 that supplemental responses to discovery
9  requests and requested production are expected to be served on plaintiffs on August 5, 2024.
10     I declare under penalty of perjury that the foregoing is true and correct. Executed on August
11 5th, 2024 in St. Louis, Missouri.

Respectfully submitted,

*/s/ Jeremiah W. Nixon*
Jeremiah W. Nixon (admitted pro hac vice)
THE SIMON LAW FIRM, P.C.

*Attorney for Plaintiffs and the Classes*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL VALENTINI and DALLACE BUTLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>READING INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 2:24-cv-00255-RFB-MDC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME FOR PLAINTIFFS TO FILE THEIR MOTION FOR CLASS CERTIFICATION<br><br>[FIRST REQUEST] |

On August 5th, 2024, plaintiffs filed their unopposed motion to extend time to file their motion for class certification. The Court, having considered plaintiffs' motion, and finding good cause hereby GRANTS said motion and extends the deadline for plaintiffs to file their Motion for Class Certification sixty (60) days to October 18, 2024.

**IT IS SO ORDERED.**

_____
**HONORABLE RICHARD F. BOULWARE, II**

Dated: August 5, 2024

1