MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
TYLER ANDREWS, ESQ.
Nevada Bar No. 9949
MATTHEW P. HOXSIE, ESQ.
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
   tyler.andrews@gtlaw.com
   hoxsiem@gtlaw.com

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL VALENTINI and DALLACE BUTLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>READING INTERNATIONAL, INC.,<br><br>Defendant. | Case No.: 2:24-cv-00255-RFB-MDC<br><br>**JOINT MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND TO SET DEADLINE FOR PLAINTIFFS TO FILE REPLY** |

Defendant Reading International, Inc. ("Defendant" or "Reading") and Plaintiffs Daniel Valentini and Dallace Butler ("Plaintiffs"), by and through their undersigned counsel, hereby move to extend Defendants' deadline to respond to Plaintiffs' Motion for Class Certification, filed on October 17, 2024, and to set the deadline for Plaintiffs to file their reply in support. This motion is made for good cause and not to delay the proceedings.

The deadline for Defendant to respond is currently set for November 1, 2024. Defendant's counsel has conflicting briefing deadlines and depositions occurring this week, as well as depositions set next week, and pre-planned travel by one counsel, in addition to briefs that were

1

due last week in unrelated matters. For these reasons, Defendant moves to extend its deadline to respond from November 1, 2024 to **November 22, 2024** to accommodate its conflicting deadlines.

Defendant has conferred with Plaintiffs' counsel, who consents to the request, but noted that it will be out-of-office in addition to the Thanksgiving holiday, and requests that its deadline to file its reply in support of class certification be set for **December 13, 2024**. Defendant consents to Plaintiffs' request.

For these reasons, the parties jointly request the Court set the following briefing schedule on the motion for class certification:

Defendants' response shall be due **November 22, 2024**.

Plaintiffs' reply shall be due **December 13, 2024**.

DATED this 29th day of October, 2024

| THE SIMON LAW FIRM, P.C. | GREENBERG TRAURIG, LLP |
|---|---|
| By: */s/ Jeremiah W. Nixon* <br> Anthony G. Simon, Esq. <br> *Admitted Pro Hac Vice* <br> Jeremiah W. Nixon, Esq. <br> *Admitted Pro Hac Vice* <br> 800 Market Street, Suite 1700 <br> St. Louis, Missouri 63101 <br><br> Robert T. Eglet, Esq. <br> Nevada Bar No. 3402 <br> Erica D. Entsminger <br> Nevada Bar No. 7432 <br> **EGLET ADAMS EGLET HAM HENRIOD** <br> 400 South Seventh Street, Suite 400 <br> Las Vegas, NV 89101 <br><br> *Attorneys for Plaintiffs and the Classes* | By: */s/ Tyler Andrews* <br> Mark E. Ferrario, Esq. <br> Nevada Bar. No. 1625 <br> Tyler Andrews, Esq. <br> Nevada Bar No. 9499 <br> Matthew P. Hoxsie, Esq. <br> *Admitted Pro Hac Vice* <br> 10845 Griffith Peak Drive, Suite 600 <br> Las Vegas, NV 89135 <br><br> *Attorneys for Defendant Reading International* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: October 30, 2024

2

ACTIVE 703488000v1

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that, a true and correct copy of the foregoing ***Joint Motion and [Proposed] Order to Extend Time for Defendant to Respond to Plaintiffs' Motion for Class Certification and to Set Deadline for Plaintiffs to File Reply*** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

DATED this 29th day of October 2024.

　　　　　　　　　　　　　　*/s/ Andrea Lee Rosehill*
　　　　　　　　　　　　　　An employee of GREENBERG TRAURIG, LLP

ACTIVE 703488000v1

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)